# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Edward Lee Smith,                  Criminal No.: 08-128 (1) (RHK/JJG)
                                              Civil No. 10-2596 (RHK)
            Petitioner-Plaintiff,       **ORDER**

vs.

United States of America,

            Defendant.

---

Petitioner-Plaintiff Edward Lee Smith's Motion to Set Aside Void Judgment (Doc. No. 86) and Motion for Joinder of Claims (Doc. No. 87) are each **DENIED**.

Dated: January 5, 2011

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge